**Order entered November 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01360-CV

## IN THE ESTATE OF ATATIANA JEFFERSON, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-03438-1**

## ORDER

Before the Court is the November 14, 2019 request of the Dallas County Clerk John Warren for an extension of time to file the clerk's record. We **GRANT** the request and extend the time to **December 16, 2019**.

/s/     BILL WHITEHILL
          JUSTICE